4561.    TOLLER v. HEWITT.

POTTLE, J.   1. Either want or failure of consideration may be shown in
    defense to an action on a promissory note, though the nute be under
    seal. *Baggs* v. *Funderburke*, 11 *Ga. App.* 173 (74 S. E. 937).
2. A purchase-money note which purports to contain the terms of the
    sale can not be varied or added to by parol. Hence, where the purchaser
    of an article gives his note, and therein accepts a limited warranty
    and stipulates not to exact anything beyond, he will not be allowed to
    introduce parol proof of representations · or warranties not embraced
    in the note. But where a note given for the purchase-price of a horse
    contains no warranty of soundness, the purchaser may, in defense to
    an action on the note, plead and prove the breach of an express war-
    ranty of this character. *Pryor* v. *Ludden*, 134 *Ga.* 288 (67 S. E. 654,
    28 L. R. A. (N. S.) 267) ; *Anthony* v. *Cody*, 135 *Ga.* 329 '(69 S. E.
    491) ; *Tygart* v. *Sutton*, 8 *Ga. App.* 20 (68 S. E. 488) ; *Whigham* v.
    *Hall*, 8 *Ga. App.* 509, 512 (70 S. E. 23).
3. No error of law was committed, and the evidence authorized the verdict.
                                                    *Judgment affirmed.*

                        DECIDED MARCH 18, 1913.

    Complaint; from city court of Jefferson—Judge Johns.   No-
vember 22, 1912:

    *Robert L. Cox,* for plaintiff.
    *Thomas J. Shackelford, Lewis C. Russell,* for defendant.